Criminal Std (8/10/2021)

HONORABLE: T. O. Farrish   DEPUTYCLERK: R. K. Wood   RPTR/ECRO/FTR: FTR
USPO: O. Rothi   INTERPRETER: ____   LANGUAGE: ____
DATE: 9/14/2021   START TIME: 2:45 pm   END TIME: 3:18 pm
TOTAL TIME: ____ hours  25 minutes

## COURTROOM MINUTES

- ☑ IA-INITIAL APPEAR  12m
- ☑ BOND HRG  12m
- ☐ CHANGE OF PLEA
- ☐ IN CAMERA HRG
- ☐ IA- RULE 5
- ☐ DETENTION HRG
- ☐ WAIVER/ PLEA HRG
- ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT
- ☐ PROBABLE CAUSE
- ☐ EXTRADITION HRG
- ☐ FORFEITURE
- ☐ CONFLICT HRG
- ☐ EVIDENTIARY HRG
- ☐ STATUS CONF
- ☑ MOTION HRG  1m

CRIMINAL NO. 3:21MJ923 (TOF)   DEFT # 1

M. Donovan, L. Markey - Law Student Intern
USA

**UNITED STATES OF AMERICA**
vs
**CARLA KRZYWICKI**

M. Rueckert
Counsel for Defendant  Ret ☐   CJA ☑   PDA ☐

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant  ☐granted ☐denied ☐Bond FORFEITED
- ☑ ☐Arrest/Self-Surrender  ☐Case unsealed or  ☑Rule 5 arrest, ____ Dist of D.C.
- ☑ CJA 23 Financial Affidavit filed  ☑under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☑ Court appoints Attorney M. Rueckert to represent defendant for ☑this proceeding only ☐all proceedings
- ☐ Appearance of ____ filed
- ☐ ☐Complaint filed  ☐Sealed Complaint filed  ☐Affidavit filed
- ☐ ☐Information/Misdemeanor filed  ☐Sealed Information filed
- ☐ ☐Waiver of Indictment (case opening) filed  ☐Felony Information filed
- ☐ ☐Waiver of Indictment (mid case) filed  ☐Superseding Information filed
- ☑ Oral Brady order entered and paper order to issue
- ☐ Plea Agreement Ltr filed  ☐under seal  ☐to be e-filed
- ☐ Plea of ☐not guilty ☐guilty ☐nolo contendere to count(s) ____ of the ____
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ____ ; Government responses due ____
- ☐ Scheduling Order  ☐filed  ☐to be filed  ☐Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ____ at ____
- ☐ Jury Selection set for ____ at ____
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ____ at ____  ☐Probation 246B Order for PSI & Report
- ☐ Special Assessment of $____ on count(s) ____. Total $____  ☐Due immediately ☐Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed  ☐GRANTED  ☐DENIED  ☐ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention  ☐GRANTED  ☐DENIED  ☐ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/ committed to originating / another District of ____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐filed ☐to be filed
- ☑ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐GRANTED ☐DENIED ☐ADVISEMENT
- ☐ Bond ☐set at $____ ☐reduced to $____ ☐Non-surety ☐Surety ☐Personal Recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☐ Defendant detained
- ☐ ____ Hearing ☐waived ☐set for ____ ☐continued until ____
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☑ SEE page II for  ☑ conditions of bond  ☑ additional proceedings

## CONDITIONS OF BOND

- ☐ Travel restricted to Connecticut extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.
- ☐ Deft must reside at _____
- ☐ Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.
- ☐ Deft ☐ must surrender passport to USPO on _____; ☐ Must not apply for a passport.
- ☐ Deft must refrain from the possession of firearms or dangerous weapons.
- ☐ Deft must maintain employment or actively seek employment.
- ☐ Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.
- ☑ as set forth in the Order Setting Conditions of Release
- ☐

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | # \_\_\_\_ Deft \_\_\_\_ Motion \_\_\_\_ | ☐ | ☐ | ☐ |
| ☐ | # \_\_\_\_ Deft \_\_\_\_ Motion \_\_\_\_ | ☐ | ☐ | ☐ |
| ☑ | # \_\_\_\_ Govt Motion to Permit Appearance of Law Student Intern | ☑ | ☐ | ☐ |
| ☐ | # \_\_\_\_ Govt Motion \_\_\_\_ | ☐ | ☐ | ☐ |

| | | filed | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | \_\_\_\_ | ☐ | ☐ | ☐ | ☐ |
| ☐ | \_\_\_\_ | ☐ | ☐ | ☐ | ☐ |
| ☐ | \_\_\_\_ | ☐ | ☐ | ☐ | ☐ |
| ☐ | \_\_\_\_ | ☐ | ☐ | ☐ | ☐ |
| ☐ | \_\_\_\_ | ☐ | ☐ | ☐ | ☐ |

Notes: The hearing was held in the East Courtroom.